Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 1/14/2026 9:30 AM

(12/01/24) CCL 0520

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

DALE KINZIE

v.

DOLLAR TREE

No. _____

FILED
11/18/2025 12:49 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L014290
Calendar, R
35410504

FILED DATE: 11/18/2025 12:49 PM  2025L014290

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ❏ Yes ❏ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
❏ 027 Motor Vehicle
❏ 040 Medical Malpractice
❏ 047 Asbestos
❏ 048 Dram Shop
❏ 049 Product Liability
❏ 051 Construction Injuries
(including Structural Work Act, Road Construction Injuries Act and negligence)
❏ 052 Railroad/FELA
❏ 053 Pediatric Lead Exposure
❏ 061 Other Personal Injury/Wrongful Death
❏ 063 Intentional Tort
❏ 064 Miscellaneous Statutory Action
(Please Specify Below**)
■ 065 Premises Liability
❏ 078 Fen-phen/Redux Litigation
❏ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
❏ 007 Confessions of Judgment
❏ 008 Replevin
❏ 009 Tax
❏ 015 Condemnation
❏ 017 Detinue
❏ 029 Unemployment Compensation
❏ 031 Foreign Transcript
❏ 036 Administrative Review Action
❏ 085 Petition to Register Foreign Judgment
❏ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**
CASE TYPES:
❏ 002 Breach of Contract
❏ 070 Professional Malpractice
(other than legal or medical)
❏ 071 Fraud (other than legal or medical)
❏ 072 Consumer Fraud
❏ 073 Breach of Warranty
❏ 074 Statutory Action
(Please specify below.**)
❏ 075 Other Commercial Litigation
(Please specify below.**)
❏ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
❏ 062 Property Damage
❏ 066 Legal Malpractice
❏ 077 Libel/Slander
❏ 079 Petition for Qualified Orders
❏ 084 Petition to Issue Subpoena
❏ 100 Petition for Discovery

** _____
_____

Primary Email: JLBizzier@bizzierilaw.com

Secondary Email: _____

Tertiary Email: _____

By: James L. Bizzieri
(Attorney)        (Pro Se)

**Pro Se Only:** ❏ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1

FILED DATE: 11/18/2025 12:49 PM 2025L014290

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DALE KINZIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| DOLLAR TREE, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, DALE KINZIE, by and through his attorneys, BIZZIERI LAW OFFICES, L.L.C., and for his Complaint at Law against Defendant, DOLLAR TREE, pleading hypothetically and in the alternative, state as follows:

**The Parties**

1. Plaintiff, DALE KINZIE [hereinafter "DALE"] at all relevant times was a resident of Cook County, Illinois.

2. Defendant, DOLLAR TREE [hereinafter "DOLLAR"], at all relevant times, was a corporation engaged in business in the State of Illinois and County of Cook, and it contracted with or employed on its staff various personnel and owned, controlled, managed, staffed, and maintained the premises at its location in Chicago Ridge, Illinois, County of Cook.

**Jurisdiction and Venue**

3. Jurisdiction is proper pursuant to 735 ILCS 5/2-209 and Article VI Section IX of the Illinois Constitution.

4. Venue is appropriate pursuant to 735 ILCS 5/2-101 as the events out of which the cause of action arose occurred in Cook County and Defendants have stores and conduct business in Cook County.

**Facts Relevant to All Counts**

5. On or about May 27, 2025, DALE was on the premises and was injured during the course of being on the premises by staff contracted or employed by DOLLAR.

6. On or about May 27, 2025, and at all times relevant to this claim, defendant DOLLAR had a duty to exercise reasonable care in the removal of those who were on the premises, including but not limited to, DALE.

7. At that time and place, DALE was injured when staff contracted or employed by DOLLAR grabbed Kinzie and dragged him to the ground.

8. At that time and place, Defendant, DOLLAR was then and there guilty of one or more of the following negligent acts and/or omissions:

   (a) failed to properly manage the premises;
   (b) failed to safely manage the premises;
   (c) failed to properly control the premises;
   (d) failed to properly train its staff whether contracted or employed by DOLLAR;
   (e) improperly allowed staff to physically harm those on the property, including DALE;
   (g) failed to properly supervise its staff whether contracted or employed by DOLLAR;;
   (h) failed to protect those on the property, including DALE;
   (i) Failed to have proper security measures:
   (j) Failed to have safe security measures;
        AND/OR
   (h) was otherwise negligent.

9. The injury to DALE was a direct and proximate result of one or more of the negligent acts and/or omissions of DOLLAR

10. As a direct result of his injuries, DALE sustained severe and permanent injuries; has been injured, damaged, and incapacitated; has in the past and will in the future, incur legal obligations for hospital, medical, nursing, rehabilitative, and related services of treatment; has been

FILED DATE: 11/18/2025 12:49 PM    2025L014290

caused to suffer pain, disability, and inconvenience; all of which injuries and conditions are permanent.

      WHEREFORE, Plaintiff, DALE KINZIE, demands judgment against Defendant, DOLLAR TREE, in a sum in excess of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00), plus costs.

Respectfully submitted,

By:   *s/James L. Bizzieri*
      James L. Bizzieri

James L. Bizzieri #45709
BIZZIERI LAW OFFICES, LLC
10258 S. Western Avenue
Ste. 210
Chicago, IL 60643
Tel: 773.881.9000
Fax: 773.881.9009
E-Mail: jlbizzieri@bizzierilaw.com

FILED DATE: 11/18/2025 12:49 PM 2025L014290

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DALE KINZIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. |
| DOLLAR TREE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**AFFIDAVIT PURSUANT TO
ILLINOIS SUPREME COURT RULE 222**

I, JAMES L. BIZZIERI, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

Pursuant to 735 ILCS 5/1-109, the undersigned certifies that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

                Respectfully submitted,

                By: *s/James L. Bizzieri*
                          James L. Bizzieri

James L. Bizzieri #45709
BIZZIERI LAW OFFICES, LLC
10258 S. Western Avenue
Ste. 210
Chicago, IL 60643
Tel: 773.881.9000
Fax: 773.881.9009
E-Mail: jlbizzieri@bizzierilaw.com